| 1 | PHILLIP A. TALBERT |
| 2 | Acting United States Attorney |
|   | JOSEPH D. BARTON |
| 3 | Assistant United States Attorney |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00133-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO EXCLUDE TIME THROUGH CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| DESIDERIO GAYTAN-RODRIGUEZ, | DATE: July 13, 2021 |
|  | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

Initially, this 1326 Fast Track immigration case was scheduled for a change of plea and sentencing on July 6, 2021. The Court has continued the change of plea and sentencing until July 13, 2021. The Parties agree that time under the Speedy Trial Act shall be excluded through July 13, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

The Parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: June 29, 2021

*/s/ Meghan McLoughlin*
MEGHAN MCLOUGHLIN
Counsel for Defendant

Dated: June 29, 2021

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the period through July 13, 2021, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **June 29, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JOSEPH D. BARTON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00133-DAD-BAM |
|---|---|
| Plaintiff, | PROPOSED ORDER |
| v. | |
| DESIDERIO GAYTAN-RODRIGUEZ, | |
| Defendant. | |

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE